AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

MARY MORRISON, on behalf of herself and others similarly situated,
*Plaintiff*
v.
COLUMBUS FAMILY HEALTH CARE LLC,
*Defendant*

Civil Action No. 2:22-cv-3460

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Order filed 10/8/2024 The Court hereby (1) GRANTS the parties' Revised Joint Motion for Approval of FLSA Settlement Agreement (ECF No. 31); (2) APPROVES Plaintiffs' Counsels' request for fees and costs; (3) APPROVES the individual settlement payments to Plaintiffs; and (4) DISMISSES this case with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 10/08/2024

CLERK OF COURT

_Christi M. Wer_____
Signature of Clerk or Deputy Clerk